PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUS RETAIL PARTNERS LLC, | CASE NO. 2:22-CV-00664-KJM-DB |
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| UR M. JADDOU, | |
| Defendant. | |

      The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.

      This case concerns a decision by U.S. Citizenship and Immigration Services, which denied Plaintiff's non-immigrant intracompany transferee visa petition for one of its employees.  On June 15, 2022, USCIS voluntarily reopened Plaintiff's petition and intends to readjudicate.  The undersigned counsel is working with USCIS to take further action in this matter, which is expected to render this lawsuit moot.

      The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 21, 2022.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: June 17, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSE BLESS
JESSE BLESS
Counsel for Plaintiff

ORDER

It is so ordered.

DATED: June 24, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2